# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Raphael Mendoza, Sr., et al.

CASE NO.  09-1884 CW

                    Plaintiff(s),

                    v.                              STIPULATION AND [PROPOSED]

Ford Motor Company, a Delaware                      ORDER SELECTING ADR PROCESS
Corporation

                    Defendant(s).

_____/

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

        **Court Processes:**
                Non-binding Arbitration (ADR L.R. 4)
                Early Neutral Evaluation (ENE)   (ADR L.R. 5)
                Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

        **Private Process:**
        ✔       Private ADR (*please identify process and provider*)   Private Mediator _____

The Parties are working to identify a mutually agreeable mediator.


The parties agree to hold the ADR session by:
                the presumptive deadline *(The deadline is 90 days from the date of the order
                referring the case to an ADR process unless otherwise ordered. )*

        ✔       other requested deadline  January 15, 2010 _____


Dated:  7/30/09 _____                      /s/ William G. Baumgaertner _____
                                                 **Attorney for Plaintiff**


Dated:  7/30/09 _____                      /s/ Sara Tropea
                                                 **Attorney for Defendant**

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
✓ Private ADR

Deadline for ADR session

90 days from the date of this order.
✓ other   January 15, 2010

IT IS SO ORDERED.

Dated: ___8/5/09___                    _____

                                        Claudia Wilken
                                        UNITED STATES DISTRICT      JUDGE