Frank P. Kelly (SBN: 083473)
fkelly@shb.com
Randall Haimovici (SBN: 213635)
rhaimovici@shb.com
Sara Tropea (SBN: 227270)
stropea@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:   415.544.1900
Facsimile:    415.391.0281

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL MENDOZA, SR.; THERESA MENDOZA; IGNACIO CEJA; SYLVIA GUERRA RIOS; BERTHA RIOS; OLGA RIOS, E.R., a minor, by her guardian ad litem, BERTHA RIOS; N.C., a minor, by her guardian ad litem, SILVIA GUERRA RIOS, and JESUS GUERRA,<br><br>         Plaintiffs,<br><br>    vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>         Defendant. | Case No. 3:09 -CV09-01884CW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION** |

The Parties have met and conferred regarding the upcoming January 15, 2010 deadline to complete mediation and respectfully request the Court extend this deadline to May 1, 2010. Over the last several months, the Parties met informally and have engaged in settlement discussions. Given the status of settlement discussions, the Parties do not believe that a formal mediation would be fruitful at this time. Instead, the Parties agree that further discovery is

1

STIPULATION AND [PROPOSED] ORDER
Case No. 3:09 -CV09-01884CW

175006v1

1  necessary in order to engage in a meaningful mediation.  None of the other dates set out in the
2  August 25, 2009 Case Management Order will be impacted by this extension.
3
4       IT IS SO STIPULATED.
5
6  Dated:  December 14, 2009         SHOOK, HARDY & BACON L.L.P.
7
                                  By:   */s/ Sara Tropea*
8                                        FRANK P. KELLY
                                      RANDALL D. HAIMOVICI
9                                        SARA TROPEA
10
                                      Attorneys for Defendant
11                                       FORD MOTOR COMPANY
12
13 Dated:  December 14, 2009         HAIGHT BROWN & BONESTEEL LLP
14
                                  By: */s/ William G. Baumgaertner*
15                                       WILLIAM G. BAUMGAERTNER
16
                                      Attorneys for Plaintiffs
17                                       RAPHAEL MENDOZA, SR., TERESA
                                      MENDOZA, IGNACIO CEJA, SILVIA
18                                       GUERRA CEJA, BERTHA RIOS, OLGA
                                      RIOS, E.R., A MINOR BY HER GUARDIAN
19                                       AD LITEM SILVIA GUERRA CEJA AND
                                      JESUS GUERRA
20
21
22      PURSUANT TO STIPULATION, IT IS SO ORDERED.
23     12/21/09
   DATED:_____                         _____
24                                       The Honorable Claudia Wilken
25
26
27
28

175006v1