UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RAPHAEL MENDOZA, SR.; THERESA MENDOZA; IGNACIO CEJA; SYLVIA GUERRA RIOS; BERTHA RIOS; OLGA RIOS, E.R., a minor, by her guardian ad litem, BERTHA RIOS; NC, a minor, by her guardian ad litem, SILVIA GUERRA RIOS, and JESUS GUERRA,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation, ,<br><br>Defendant. | Case No. 3:09 -CV09-01884CW<br><br>[Assigned to Judge Claudia Wilken]<br><br>[~~PROPOSED~~] ORDER GRANTING PETITION AND APPROVING MINOR'S COMPROMISE |

1. Petitioner, Silvia Guerra Ceja, has petitioned for court approval of a proposed compromise of a disputed claim of a minor in this pending action.

~~2.   A hearing was held on _____, 2010.~~

3. Petitioner is the parent and guardian ad litem of minor NC and resides with the minor in the family home in Antioch, California.

4. Claimant, NC, is a minor, current age 6, and was age 3 at the time of the incident.

5. The claim of NC will compromise and resolve action number 3:09-CV09-01884CW as to defendant Ford Motor Company.

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

WR05-0000007
3682133.1

1

[Proposed] Order Granting Petition and Approving Minor's Compromise

6. The court determines that no notices of statutory liens are required as no medical expenses or other payments are owed by the minor.

7. The court orders that this petition be granted and the proposed compromised claim of action is approved. The gross amount or value of the settlement or judgment in favor of claimant is $10,000. The payor, Ford Motor Company, shall disburse the proceeds of the settlement approved by this order as follows:

A payment of $10,000 payable to Wigington, Rumley & Dunn LLP trust account from which Wigington, Rumley & Dunn LLP's fees in the amount of $2,500 may be deducted. The remaining balance of $7,500 shall be paid to the petitioner to be used without bond for the benefit of the minor.

8. The petitioner is authorized to execute settlement documents upon receipt of the full amount of the settlement sum approved by this order and is authorized and directed to execute and deliver to the payor, Ford Motor Company, or its counsel, a full, complete and final release and discharge of any and all claims and demands of the claimant, NC, a minor, by reason of the accident or incident described in the petition and the resultant injuries to the claimant as well as a stipulation to dismiss the action with prejudice. Furthermore, the petitioner is authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement.

Dated: July 22, 2010

HON. CLAUDIA WILKINS
UNITED STATES DISTRICT COURT JUDGE

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

WR05-0000007
3682133.1

2

[Proposed] Order Granting Petition and Approving Minor's Compromise