1  Frank P. Kelly, III (SBN: 083473)
   fkelly@shb.com
2  Randall Haimovici (SBN: 213635)
   rhaimovici@shb.com
3  Sara Tropea (SBN: 227270)
   stropea@shb.com
4  Katherine A. Wolf (SBN: 267763)
   kwolf@shb.com
5  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
6  San Francisco, California  94104-2828
   Telephone:   415.544.1900
7  Facsimile:    415.391.0281

8  Attorneys for Defendant
   FORD MOTOR COMPANY
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12 RAPHAEL MENDOZA, SR.; THERESA         Case No. 3:09 -CV09-01884CW
   MENDOZA; IGNACIO CEJA; SYLVIA
13 GUERRA RIOS; BERTHA RIOS; OLGA        **STIPULATION OF DISMISSAL**
   RIOS, E.R., a minor, by her guardian ad
14 litem, BERTHA RIOS; N.C., a minor, by
   her guardian ad litem, SILVIA GUERRA
15 RIOS, and JESUS GUERRA,

16          Plaintiffs,

17      vs.

18 FORD MOTOR COMPANY, a Delaware
   corporation,
19
            Defendant.
20

21

22

23

24

25

26

27

28

191375 v2

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Raphael Mendoza, Sr.; Theresa Mendoza; Ignacio Ceja; Sylvia Guerra Rios; Bertha Rios; Olga Rios, E.R., a minor, by her guardian ad litem, Bertha Rios; N.C., a minor, by her guardian ad litem, Silvia Guerra Rios, and Jesus Guerra, ("Plaintiffs") and Defendant Ford Motor Company ("Defendant"), by and through counsel, hereby stipulate and agree that this matter shall be dismissed with prejudice according to the terms of the parties' Settlement Agreement.

IT IS SO STIPULATED.

Date: September 2, 2010

By: ___/s/ William G. Baumgaertner_____
William G. Baumgaertner
HAIGHT BROWN & BONESTEEL LLP
6080 Center Drive, Suite 800
Los Angeles, CA  90045-1574
Tel:  (310) 215-7100
Fax: (310) 215-7300
Email: wbaum@hbblaw.com

*Counsel for Plaintiffs*

By: __/s/ Frank P. Kelly, III_____
Frank P. Kelly, III
Randall Haimovici
Sara Tropea
Katherine A. Wolf
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California  94104-2828
Telephone:     415.544.1900
Facsimile:     415.391.0281

*Counsel for Defendant*
*Ford Motor Company*



IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA